RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Mohamed Muhina

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MOHAMED MUHINA,<br><br>           Defendant. | Case No. 2:21-mj-00553-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Mohamed Muhina, that the Preliminary Hearing currently scheduled on May 16, 2022, at 3:00 p.m., be vacated and continued to a time convenient to the Court but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The Government has provided a plea agreement to the defendant; additional time is needed to receive the signed plea and finalize the entry of the plea.

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted, and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

This is the seventh request for continuance filed herein.

DATED this 11th day of May 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Supriya Prasad*<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00553-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MOHAMED MUHINA, | |
| Defendant. | |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Monday, May 16, 2022, at the hour of 3:00 p.m., be vacated and continued to July 5, 2022 at the hour of 2:00 p.m.

DATED this 12th day of May 2022.

_____
UNITED STATES MAGISTRATE JUDGE